COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| NARCISO RETANA, | § | No. 08-10-00145-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 2 |
| | § | |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 2009OCO4103) |
| | § | |

## MEMORANDUM  OPINION

Pending before the Court is Appellant's motion to withdraw his notice of appeal pursuant to TEX.R.APP.P.42.2(a).  Appellant has personally signed his request and has filed it prior to the appellate court's decision.  *See* TEX.R.APP.P.42.2(a).  Further, a duplicate copy has been filed with this Court, and has been forwarded to the trial court clerk.  *See id*.  As the motion complies with the requirements of Rule 42.2(a), we GRANT Appellant's motion and dismiss the appeal.


August 18, 2010

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)